IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CORSER, | No. C 16-7135 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| HANK SCHREEDER; MICHAEL DATZOLD; IAN H. BERNER; OFFICER WOODS; M. SPEDIACCI; JENEANE R. KUCKER, | |
| Defendants. | |

This is a civil rights action filed under 42 U.S.C. 1983 by a jail inmate proceeding pro se. On October 26, 2017, the order to show cause was mailed to plaintiff at the address he provided. The next day, the order was returned by the postal service as undeliverable because plaintiff was not located at that address. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: January 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE